UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**MICHAEL ANTHONY PEAK**                                          **PETITIONER**

**V.**                                                          **NO. 3:07cv-233-H**

**PATTI WEBB**                                         **RESPONDENT**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED** and the instant action is **DISMISSED with prejudice**.

A certificate of appealability pursuant to 28 U.S.C. § 2253(c) is **GRANTED.**

This is a **final** order.

Date: July 24, 2009

John G. Heyburn II, Judge
United States District Court

cc:     Petitioner, *pro se*
        Counsel of record